JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL J. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S STORE #372, a foreign corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00752-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, counsel for parties have agreed to a full and final settlement of this case and all claims therein under which Defendant will forego any attempt to apply for Attorney Fees and Costs as well as any attempt to recover the same in exchange for Plaintiff waiving his right to proceed with this action;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Jacob S. Smith, Esq. of the law firm HENNESS & HAIGHT, counsel for Plaintiff DANIEL ANDERSON as follows:

1. Plaintiff DANIEL ANDERSON'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

2. That there is no pending trial date in this matter inasmuch as this case as the parties have not yet completed discovery nor submitted a Pre Trial Order to the Court.

Dated this 21st day of August, 2018.

| | |
|---|---|
| HENNESS & HAIGHT | COOPER LEVENSON, P.A. |
| /s/ Jacob S. Smith<br>JACOB S. SMITH, ESQ.<br>Nevada Bar No. 10231<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>(702) 862-8200<br>Attorneys for Plaintiff<br>DANIEL J. ANDERSON | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 8/22/2018

2
CLAC 4600577.1